IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| DEX MEDIA, INC., ET AL., | : | Case No. 16-11200- (KG) |
| et al., | : | BAP No. 18-06 |
| | : | |
| Reorganized Debtors. | : | |
| | : | |
| YELLOW PAGES PHOTOS INC., | : | C.A. No. 18-197 GMS |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | |
| | : | |
| DEX MEDIA, INC., | : | |
| | : | |
| Appellee. | : | |

## ORDER

At Wilmington this _____8th_____ day of March, 2018, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court (D.I. 7);

IT IS ORDERED that the recommendation is adopted and the parties are directed to submit a proposed briefing schedule to the court no later than **March 27, 2018.**

_____
UNITED STATES DISTRICT JUDGE